**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>PUSCH, SAMUEL F.<br>PUSCH, ELIZABETH E.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 03-51228 ABG<br><br>JUDGE A. Benjamin Goldgar |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:  HONORABLE A. Benjamin Goldgar
   BANKRUPTCY JUDGE

NOW COMES ILENE F. GOLDSTEIN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,345.88 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $35,958.76. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 3,095.88 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| TOTAL | $ 4,345.88 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES   $     0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 30th day of April, 2008.

/s/Ilene F. Goldstein
ILENE F. GOLDSTEIN, Trustee
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

**EXHIBIT E**