**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| IN RE: <br> PUSCH, SAMUEL F. <br> PUSCH, ELIZABETH E. <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 03-51228 ABG <br><br> JUDGE A. Benjamin Goldgar |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.
   At: U.S. BANKRUPTCY COURT sitting at the **Lakehurst Branch Court** located at **430 Lakehurst Road, Waukegan, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
   On: **June 27, 2008**        At: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | a. Receipts | $ 43,458.76 |
   | b. Disbursements | $ 14,949.75 |
   | c. Net Cash Available for Distribution | $ 28,509.01 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
   |---|---|---|---|
   | ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $4,345.88 | |
   | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 7,149.00 | $2,5914.50 | |
   | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 178.50 | | $103.56 |
   | Jodi E. Gimbel,P.C. (Trustee's Accountant Fees) | 0.00 | $402.50 | |

5. In addition to the expenses of administration listed above as may be allowed by the

Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $65,101.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 32.36%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 7,247.96 | $ 2,345.31 |
| 2 | Discover Bank | $ 9,400.92 | $ 3,041.97 |
| 3 | CFS Sun Tech Servicing LLC | $ 20,453.61 | $ 6,618.43 |
| 5 | MBNA America Bank NA | $ 27,998.64 | $ 9,059.86 |

7. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: NONE

| Dated: **June 4, 2008** | For the Court, |
|---|---|
| | |
| | |
| | By **KENNETH S. GARDNER** |
| | Kenneth S. Gardner |
| | Clerk of the United States Bankruptcy |
| | 219 S. Dearborn Street; 7th Floor |
| | Chicago, IL  60604 |

Trustee:  ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Jun 04, 2008
Case: 03-51228                Form ID: pdf002          Total Served: 17

The following entities were served by first class mail on Jun 06, 2008.
db           +Samuel F Pusch,    302 Birchwood Court,    Vernon Hills, IL 60061-2304
jdb          +Elizabeth E Pusch,    302 Birchwood Court,    Vernon Hills, IL 60061-2304
aty          +Linda M Holzrichter,    Law Offices Of Linda M. Holzrichter,    16 S Locust St,
               Aurora, IL 60506-4034
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
8179731      +CFS Sun Tech Servicing LLC,    Citibank,    Po Box 6004,    Ridgeland, MS 39158-6004
7600106      +Chevy Chase Bank,    7501 Wisconsin Ave  MS 3 4027,    Bethesda MD 20814-6519
7600108       First USA Bank NA,    5417 1248 5443 5611,    P.O. Box 5939,    Carol STreatm, IL 60197-5939
7600109      +GE Capital Cons Cardco,    6019 1908 0455 7994,    P.O. Box 182156,    Louisville, KY 40261
7600110       Lane Bryant,    772 640 801,    P.O. Box 182121,    Columbus, OH 43218-2121
7600111      +MBNA America Bank NA,    Po Box 15168 MS 1423,    Wilmington, DE 19850-5168
7600112       Principal Residential Mortgage, Inc.,    8193824-3,    P.O. Box 711,    Des Moines, IA 50303-0711
7600113       Sears MasterCard,    5121 0718 1190 8494,    P.O. Box 15251,    Wilmington, DE 19886-5251
7600114       Sun Tech, Inc.,    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-2,    P.O. Box 6004,    Ridgeland, MS 39158-6004
7600116       U.S. Bank NA,    2626016047,    P.O. Box 2188,    Oshkosh, WI 54903-2188
7600115       U.S. Bank NA,    P.O. Box 2188,    OshKosh, WI 54903-2188

The following entities were served by electronic transmission on Jun 05, 2008.
8172696       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2008 04:53:33     Discover Bank,   PO Box 8003,
               Hilliard, OH 43026
7600107       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2008 04:53:33     Discover Card,
               6011 2986 2659 7425,    P.O. Box 15251,    Wilmington, DE 19886-5251
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2008**              **Signature:**   _Joseph Speetjens_